EXHIBIT 1

Video File to be Separately Provided via Postal Mail

Exhibit #1