Reset Form | Save as | Print Form

# UNITED STATES COURTS DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

MEIXING REN, et al.,

Plaintiff(s)

Civil Action No. 13-1110-TSC

PHOENIX SATELLITE TELEVISION (U.S.), INC.

Defendant(s)

## JUDGMENT ON OFFER & ACCEPTANCE

Defendant in the above-captioned action having served upon the plaintiff an order to allow judgment to be taken against him as hereinafter set forth, and plaintiff having within 10 days after service thereof served written notice upon the defendant that the offer was accepted, and the said offer and notice of acceptance with proof of service thereof having been filed by the plaintiff, and approved by the Court,

JUDGMENT is entered for FANGYUAN LIU, plaintiff against PHOENIX SATELLITE TELEVISION (U.S.), INC., the defendant in the amount of one hundred and eighty thousand dollars ($180,000.00).

Date Jan 29, 2015

Signature of clerk or deputy clerk

Sarah Moser

Digitally signed by Sarah Moser
DN: cn=Sarah Moser, o=United States District Court for the District of Columbia, ou, email=sarah_moser@dcd.uscourts.gov, c=US
Date: 2015.01.29 11:16:30 -05'00'

ANGELA D. CAESAR, CLERK OF COURT