## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIXING REN, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil No. 1:13-cv-1110-TSC-GMH |
| ) | ECF Case |
| v. ) | |
| ) | |
| PHOENIX SATELLITE TELEVISION (US), INC. ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of October 2, 2015, counsel for the parties in *Ren et al. v. Phoenix Satellite Television (U.S.), Inc.*, 13-cv-01110 (TSC), hereby submit to the Court that mediation has been unsuccessful. The parties respectfully request until November 5, 2015 to submit either a joint proposed order or alternative views regarding what will transpire for litigation going forward.

Respectfully submitted,

*/s/ Lynne Bernabei*

Lynne Bernabei (D.C. Bar # 938936)
bernabei@bernabeipllc.com
Alan R. Kabat (D.C. Bar # 464258)
kabat@bernabeipllc.com
Lauren R.S. Mendonsa (D.C. Bar # 1010096)
Bernabei & Wachtel, PLLC
1775 T Street, NW
Washington, D.C. 20009-7102
(202) 745-1942

Counsel for Plaintiffs

*/s/ M. Carter DeLorme*

M. Carter DeLorme (D.C. Bar # 452791)
cdelorme@jonesday.com
Jennifer C. Everett (D.C. Bar # 991635)
jeverett@jonesday.com
Nikki L. McArthur (D.C. Bar #1015582)
nmcarthur@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939 (telephone)
(202) 626-1700 (facsimile)

Counsel for Phoenix Satellite Television (U.S.), Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEIXING REN, et al. ) | |
| ) | |
| Plaintiffs, ) | No. 1:13-cv-1110-TSC-GMH |
| ) | |
| v. ) | ECF Case |
| ) | |
| PHOENIX SATELLITE TELEVISION (US), INC. ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER**

Upon consideration of the Parties' Joint Status Report, filed October 19, 2013 it is this

day of _____ \_\_\_\_, 2015, hereby:

**ORDERED** that the parties shall provide a proposed schedule to the Court no later than

November 5, 2015.

_____
Hon. Tanya S. Chutkan
U.S. District Judge