UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEIXING REN, et al.**,  Plaintiffs,  v.  **PHOENIX SATELLITE TELEVISION (US), INC.**,  Defendant. | Civil Action No. 13-cv-1110-TSC-GHM |

**PROVISIONAL ORDER DISMISSING CASE DUE TO SETTLEMENT**

The court has been advised that the parties in this matter have reached a settlement. Upon receipt of notice that a matter has settled, it is the practice of this Court to issue a provisional order of dismissal that permits the parties to reopen the matter if the settlement is not consummated. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice. If settlement is not consummated, either party may reopen the action until **December 18, 2015**, upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed with prejudice.

Date: November 18, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

Case 1:13-cv-01110-TSC     Document 91     Filed 11/18/15     Page 2 of 2