UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MEIXING REN, et al.**, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 13-cv-1110-TSC-GHM |
| ) | |
| **PHOENIX SATELLITE** ) | |
| **TELEVISION (US), INC.**, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In light of the Joint Stipulations of Dismissal filed by the Defendant and the remaining plaintiffs, Meixing Ren, Taofeng Wang and Ching-yi Chang (ECF Nos. 92, 93), this action is hereby dismissed with prejudice. These parties to bear their own costs and fees.

Date:  December 2, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge